■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMBROSIO ROBRIGADO, Appellant. [680 NYS2d 109] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Giaccio, J.), rendered March 11, 1998, convicting him of sexual abuse in the first degree and endangering the welfare of a child, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The court did not err in allowing the seven-year-old complainant to testify under oath. Her responses to the court's preliminary questioning indicated that she had " 'some conception' " (*People v Parks,* 41 NY2d 36, 46) of the obligations of an oath and the consequences of giving false testimony, including the fact that she could be punished by God (*see, People v Nisoff,* 36 NY2d 560; *People v Guerrero,* 250 AD2d 703; *Matter of Jason FF.,* 224 AD2d 900; *People v Davila,* 223 AD2d 722).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is unpreserved for appellate review and, in any event, without merit. Rosenblatt, J. P., Copertino, Sullivan and Altman, JJ., concur.